Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletreedeakins.com
Daniel L. Boyer, OSB No. 103484
daniel.boyer@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone:   503.552.2140
Fax:         503.224.4518

Attorneys for Defendant
CHS INC.


Richard C. Busse, OSB No. 74050
rbusse@busseand hunt.com
Kirsten Rush, OSB No. 124426
krush@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone:   503.248.0504
Facsimile:   503.248.2131

Attorneys for Plaintiff
DANIEL FIELDER


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DANIEL FIELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHS INC., A CORPORATION OF MINNESOTA, d/b/a CHS INC. OF MINNESOTA,<br><br>    Defendant. | Case No.: 6:13-cv-01513-TC<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

1 – [PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

## ORDER

The Court, having read and considered the Stipulation to Dismiss Entire Action with Prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), and with good cause appearing, hereby orders that Plaintiff's Complaint and all claims therein are dismissed with prejudice with each party to bear its own attorneys' fees and costs. Clerk to close the file.

**IT IS SO ORDERED.**

DATED: 2/6/15                By: _____
                             Honorable Magistrate Judge Thomas M. Coffin

20098246.1

2 – [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518